# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE ANTHONY PARKS,<br><br>        Petitioner,<br><br>   v.<br><br>BRIAN HAWS, Warden,<br><br>        Respondent. | CASE NO. CV 05-03007 MMM (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 10, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE